IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

KOLTON CHASE WIGGINS,              )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )          CV 126-038
                                   )
FRANK SALERNO and TYRONE OLIVER,   )
                                   )
        Defendants.                )
                       _____

**O R D E R**
                       _____

Plaintiff filed this case in the Augusta Division of the Southern District of Georgia even though the actions about which Plaintiff complains occurred, and one of two Defendants is located, in Mitchell County in the Middle District of Georgia. (See generally doc. no. 1.) The second Defendant, the Commissioner of the Georgia Department of Corrections, is not located in the Southern District. Thus, the proper venue is the Middle District of Georgia. 28 U.S.C. § 1391(b). Indeed, Plaintiff states he has already filed one case in the Middle District of Georgia against Defendant Salerno. See Wiggins v. Salerno, 1:26-cv-00005 (M.D. Ga. Dec. 1, 2025).

In the interest of justice, instead of dismissing this action, the Court **ORDERS** it **TRANSFERRED** to the Middle District of Georgia. 28 U.S.C. § 1406(a). The Court also **DIRECTS** the Clerk to immediately forward the file to that District.[1]

SO ORDERED this 2nd day of March, 2026, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1]The mailing address for the headquarters of the Middle District of Georgia is: U.S. District Court, PO Box 128, Macon, GA 31202.